IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE M. VIDRA, | : | No. 4:14-CV-1132 |
| Plaintiff | : | |
| v. | : | (Judge Brann) |
| OFFICER MARK MENKE, *et. al.*, | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**O R D E R**

December 19, 2014

The undersigned has given full and independent consideration to the October 17, 2014 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 18. No objections to the report and recommendation of the magistrate judge have been filed by any party.

Because this Court agrees with Judge Schwab's recommendation that the action be transferred to the Eastern District of Pennsylvania, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's October 17, 2014 Report and Recommendation is ADOPTED in full. ECF No. 18.

2. The clerk is directed to transfer 4:14-CV-1132 to the Eastern District of Pennsylvania.

3. Disposition of the remaining pending motions are deferred to the transferee court.

4. The clerk is directed to close the file.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge